

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00166-CR
_____

AARON MICHAEL MARSHALL, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2022F00028

_____

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

A Cass County jury convicted Aaron Michael Marshall of indecency with a child by contact and assessed a sentence of five years' imprisonment. *See* TEX. PENAL CODE ANN. § 21.11. On appeal, while Marshall argues points of error relevant to some of his companion cases, Marshall has raised no point of error with respect to the trial court's judgment in this case.[1] As a result, we must summarily affirm Marshall's conviction in this case "because he raised no point of error with respect to it." *Ramirez v. State*, 429 S.W.3d 686, 690 (Tex. App.—San Antonio 2014, pet. ref'd).

We affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted:     July 5, 2024
Date Decided:       July 12, 2024

Do Not Publish

---

[1] In companion cause number 06-23-00158-CR, Marshall appeals from a conviction for continuous sexual abuse of a young child. In companion cause numbers 06-23-00159-CR and 06-23-00160-CR, Marshall appeals from convictions of sexual assault of a child. In companion cause numbers 06-23-000161-CR through 06-23-00165-CR Marshall appeals from five other convictions for indecency with a child. Marshall's consolidated brief on all of these cases raises no complaint related to any of his appeals from his convictions for indecency with a child.